**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANY FULOP, on behalf of herself and all others similarly situated, | Docket No: 1:18-cv-03351-BMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | |
| ASSET RECOVERY SOLUTIONS, LLC, | |
| Defendant. | |

Plaintiff CHANY FULOP, by and through counsel, provide notice to the Court that this case has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and will therein request that the case be dismissed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

By: __/s/ Daniel A. Louro_____
Daniel A. Louro, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax: (929) 575-4195
*Attorneys for Plaintiff*

Dated:   Brooklyn, New York
           July 20, 2018